# Eastern District of Washington
## U.S. District Court (Spokane)
## CRIMINAL DOCKET FOR CASE #: 2:19−mj−00217−JTR−1

Case title: USA v. Young
Other court case number: 1:19−mj−00117 District of Columbia

Date Filed: 05/08/2019
Date Terminated: 05/14/2019

Assigned to: Magistrate Judge
John T. Rodgers

**Defendant (1)**

**Dylan Young**
*TERMINATED: 05/14/2019*

represented by **J Houston Goddard**
Federal Defenders − SPO
Eastern Washington
10 North Post
Suite 700
Spokane, WA 99201
509−624−7606
Email: Houston_Goddard@fd.org
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*
*Designation: Public Defender or Community
Defender Appointment*

**Federal Public Defender − SPO**
Spokane Office
North 10 Post
Suite 700
Spokane, WA 99201
509−624−7606
Fax: 509−747−3539
Email: andrea_george@fd.org
*TERMINATED: 05/09/2019*
*Designation: Public Defender or Community
Defender Appointment*

| **Pending Counts** | **Disposition** |
| --- | --- |
| None | |

| **Highest Offense Level (Opening)** | |
| --- | --- |
| None | |

| **Terminated Counts** | **Disposition** |
| --- | --- |
| None | |

**Highest Offense Level
(Terminated)**

None

| **Complaints** | **Disposition** |
|---|---|
| Ct. 1, 18 USC 2252(a)(2): DISTRIBUTION OF CHILD PORNOGRAPHY Ct. 2, 18 USC 2252(a)(2) & (b)(1): CONSPIRACY TO DISTRIBUTE CHILD PORNOGRAPHY | |

**Plaintiff**

USA            represented by   **Ann Wick**
U S Attorney's Office − SPO
920 W Riverside Suite 300
P O Box 1494
Spokane, WA 99210−1494
509−353−2767
Email: ann.wick@usdoj.gov
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*
*Designation: Assistant US Attorney*

| Date Filed | # | Page | Docket Text |
|---|---|---|---|
| 05/08/2019 | 1 | | RULE 5 DOCUMENTS RECEIVED from District of Columbia as to Dylan Young (1). (Attachments: # 1 Redacted Arrest Warrant)(MO, Courtroom Deputy) (Additional attachment(s) added on 5/8/2019: # 2 SEALED COMPLAINT) (MO, Courtroom Deputy). (Additional attachment(s) added on 5/8/2019: # 3 Order Sealing) (MO, Courtroom Deputy). (Entered: 05/08/2019) |
| | | 4 | *Main Document* |
| | | 5 | Attachment # 1 *Redacted Arrest Warrant* |
| | | | Attachment # 2 *SEALED COMPLAINT (Not Attached)* |
| | | | Attachment # 3 *Order Sealing (Not Attached)* |
| 05/08/2019 | 3 | | NOTICE OF HEARING − By Court as to Dylan Young (1). Text entry; no PDF attached. Initial Appearance − Rule 5 set for **5/8/2019** at **2:30 PM** in Spokane Courtroom 740, by Video Conference before Magistrate Judge Mary K. Dimke. (MO, Courtroom Deputy) (Entered: 05/08/2019) |
| 05/08/2019 | 5 | 6 | Charging Document − Redacted COMPLAINT as to Dylan Young (1). (PL, Case Administrator) (Entered: 05/08/2019) |
| 05/08/2019 | 6 | 35 | MOTION for Detention by USA as to Dylan Young (1). (Wick, Ann) (Entered: 05/08/2019) |

| | | | |
|---|---|---|---|
| 05/08/2019 | 7 | | ORDER APPOINTING FEDERAL DEFENDER as to Dylan Young (1). On the basis of the sworn financial statement, the court finds Defendant is financially unable to retain counsel. IT IS ORDERED the Federal Defenders of Eastern Washington are appointed to represent Defendant pursuant to Title 18 United States Code Sec. 3006A Appointed Federal Public Defender − SPO for Dylan Young − Text entry; no PDF document will issue. This text−only entry constitutes the court order on the matter. Signed by Magistrate Judge Mary K. Dimke. (MS, Law Clerk) (Entered: 05/08/2019) |
| 05/08/2019 | 8 | 39 | Minute Entry for VIDEO CONFERENCE proceedings held before Magistrate Judge Mary K. Dimke: Initial Appearance in Rule 5 Proceedings as to Dylan Young (1) held on 5/8/2019. (Reported/Recorded by: Digital Recording/S−740) (PL, Case Administrator) (Entered: 05/08/2019) |
| 05/08/2019 | 9 | 41 | ORDER Following Initial Appearance as to Dylan Young (1). Detention Hearing set for **5/13/2019** at **01:30 PM** in Spokane Courtroom 740 before Magistrate Judge John T. Rodgers. Signed by Magistrate Judge Mary K. Dimke. (PH, Case Administrator) (Entered: 05/08/2019) |
| 05/08/2019 | 10 | 43 | ACKNOWLEDGMENT OF NOTICE OF RIGHTS by Dylan Young (1). (PH, Case Administrator) (Entered: 05/08/2019) |
| 05/08/2019 | 12 | 45 | ASSERTION OF FIFTH AND SIXTH AMENDMENT RIGHTS by Dylan Young (1). (PH, Case Administrator) (Entered: 05/08/2019) |
| 05/08/2019 | 13 | 46 | WAIVER of Rule 5 Hearings by Dylan Young (1). (PH, Case Administrator) (Entered: 05/08/2019) |
| 05/09/2019 | 14 | 48 | NOTICE OF ATTORNEY APPEARANCE: J Houston Goddard appearing for Dylan Young (1) (Attorney J Houston Goddard added to party Dylan Young(pty:dft))(Goddard, J) (Entered: 05/09/2019) |
| 05/13/2019 | 16 | 51 | Minute Entry for proceedings held before Magistrate Judge John T. Rodgers: Detention Hearing as to Dylan Young (1) held on 5/13/2019 (Recorded by: Digital Recording/S−740) (LLH, Courtroom Deputy) (Entered: 05/13/2019) |
| 05/14/2019 | 17 | 53 | ORDER DENYING UNITED STATES' MOTION FOR DETENTION; denying ECF No. 6 Motion for Detention as to Dylan Young (1). Signed by Magistrate Judge John T. Rodgers. (TR, Case Administrator) (Entered: 05/14/2019) |
| 05/14/2019 | 18 | 58 | ADDITIONAL RULE 5 DOCUMENTS RECEIVED from District of Columbia as to Dylan Young (1). (Attachments: # 1 District of Columbia Order on Motion for Emergency Stay and for Review of Detention Order, # 2 District of Columbia Transport Order)(TR, Case Administrator) (Entered: 05/15/2019) |

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

May 08, 2019

SEAN F. McAVOY, CLERK

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| | ) |
| Plaintiff, | ) |
| | ) No. 2:19-MJ-0217-JTR |
| vs. | ) |
| | ) |
| DYLAN YOUNG, | ) |
| | ) |
| Defendant. | ) |
| _____ | ) |

Received Rule 5 papers from the United States District Court,

District of Columbia (Case No. 1:19-mj-00117).

4

# UNITED STATES DISTRICT COURT

for the

District of Columbia

| | |
|---|---|
| United States of America<br>v.<br>Dylan Young<br>███████████<br><br>*Defendant* | )<br>)<br>)<br>)<br>)<br>)<br>) |

Case: 1:19-mj-00117
Assigned To : Magistrate Judge Deborah A. Robinson
Assign. Date : 04/29/2019
Description: Complaint w/Arrest Warrant

## ARREST WARRANT

To:     Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay
*(name of person to be arrested)*     DYLAN YOUNG
who is accused of an offense or violation based on the following document filed with the court:

☐ Indictment     ☐ Superseding Indictment     ☐ Information     ☐ Superseding Information     ☑ Complaint

☐ Probation Violation Petition     ☐ Supervised Release Violation Petition     ☐ Violation Notice     ☐ Order of the Court

This offense is briefly described as follows:

Distribution of Child Pornography, in violation of 18 U.S.C. Section 2252(a)(2).
Conspiracy to Distribute Child Pornography, in violation of 18 U.S.C. Section 2252(a)(2) & (b)(1).

Date:     04/29/2019

_____
*Issuing officer's signature*

City and state:     Washington, D.C.

Deborah A. Robinson, United States Magistrate Judge
*Printed name and title*

| Return |
|---|

This warrant was received on *(date)* _____ , and the person was arrested on *(date)* _____
at *(city and state)* _____

Date: _____

INVESTIGATE COPY ONLY
ORIGINAL ON FILE WITH
US MARSHAL RM. 2nd/ 621

_____
*Arresting officer's signature*

_____
*Printed name and title*

5

# UNITED STATES DISTRICT COURT

for the

District of Columbia

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

## May 08, 2019

SEAN F. MCAVOY, CLERK

United States of America

v.

Brittany Colleen Bailey
D.O.B. ▮▮▮▮▮▮
Dylan Young
D.O.B. ▮▮▮▮▮

*Defendant(s)*

)
)
)
)
)
)
)

Case: 1:19–mj–00117
Assigned To : Magistrate Judge Deborah A. Robinson
Assign. Date : 04/29/2019
Description: Complaint w/Arrest Warrant

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.

On or about the date(s) of  between on or about 2/26/19 through 3/27/19  in the county of _____  in the

_____  District of  __Columbia__ , the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| 18 U.S.C. § 2252(a)(2) | Brittany Colleen Bailey and Dylan Young did knowingly distribute any child pornography as defined in 18 U.S.C. 2256(8), that has been mailed, or using any means or facility of interstate or foreign commerce shipped or transported in or affecting interstate or foreign commerce by any means, including computer. |
| 18 U.S.C. § 2252(a)(2) & (b)(1) | Brittany Colleen Bailey and Dylan Young did knowingly conspire together and with Ashley Anne Iverson, James Richard Bennett, Cory Taylor Grigoriades, Robert Andrew Riley, and Richard Casey McGarrah, along with others to knowingly distribute and receive child pornography as defined in 18 U.S.C. 2256(8), that has been mailed, or using any means or facility of interstate or foreign commerce shipped or transported in or affecting interstate or foreign commerce by any means, including by computer. |

This criminal complaint is based on these facts:

SEE ATTACHED STATEMENT OF FACTS

☑ Continued on the attached sheet.

_Complainant's signature_

Special Agent Alix Skelton
*Printed name and title*

Sworn to before me and signed in my presence.

Date:  04/29/2019

_Judge's signature_

City and state:  Washington, D.C.

Deborah A. Robinson, United States Magistrate Judge
*Printed name and title*

## STATEMENT OF FACTS

Leading up to February 26, 2019, a detective with the Metropolitan Police Department ("UC") was acting in an undercover capacity as part of the Metropolitan Police Department-Federal Bureau of Investigation ("MPD-FBI") Child Exploitation Task Force operating out of a local office in Washington, D.C. In that capacity, the UC entered a public group on KIK[1] with a title indicative of its use for the exchange of child pornography and other child exploitation activity. While observing the users in the group, the UC observed user "demon_1993," later identified as ROBERT ANDREW RILEY (herein "RILEY")[2] post a message asking if anyone was "live" with their children. The UC initiated a private KIK chat with this user.

Once engaged in the private KIK chat with the UC, RILEY stated that he started a group looking for real parents. During the course of the private KIK chat, the UC told RILEY that the UC has a ▮▮▮▮▮ daughter. RILEY stated that he was 25 years old, that he, ▮▮▮▮▮▮▮▮▮ ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮ RILEY then sent the UC a photograph of a female child ▮▮▮▮▮▮▮▮▮▮▮▮ sitting in the lap of an adult male. Only the bottom half of the male's face was visible to the camera. RILEY stated that he was looking for someone "legitimate" to be his "moderator"[3] of a KIK group for real parents. RILEY added the UC to a group called, "Taboo Parents" and made the UC a moderator of the group.

### A. "Taboo Parents" KIK Group Activity

---

[1] KIK is a freeware instant messaging mobile application where one can transmit and receive messages, photos, videos, sketches, mobile webpages, and other content. Users can communicate privately with other users or in groups.

[2] Riley was arrested by the FBI on April 10, 2019 pursuant to an arrest warrant authorized by Hon. Deborah A. Robinson, United States Magistrate Judge for the District of Columbia.

[3] A moderator, also called an administrator, in a KIK Group is responsible for inviting new members to the group, banning members from the group, and establishing the rules of the group.

Case: 1:19-mj-00117
Assigned To : Magistrate Judge Deborah A. Robinson
Assign. Date : 04/29/2019
Description: Complaint w/Arrest Warrant

7

Between February 26 and March 27, 2019, "Taboo Parents" had 54 unique members who entered into the group. Membership ebbed and flowed over that period as users entered and left the group, but as of March 27, 2019, there were 36 members in the group. In addition to RILEY, these members included users with the user names "littlesarah6021," later identified as RICHARD CASEY MCGARRAH (herein "MCGARRAH"); "lacylaw2," later identified as ASHLEY ANNE IVERSON (herein "IVERSON"); "carolinamilv," later identified as JAMES RICHARD BENNETT (herein "BENNETT"); "chronicchef23," later identified as CODY TAYLOR GRIGORIADIS (herein "GRIGORIADIS")[4]; "clynn68," later identified as BRITTANY COLLEEN BAILEY (herein "BAILEY"); "ohyes2756," later identified as DYLAN CHARLES YOUNG (herein "YOUNG"); "sarahharas7c;" and "kendra112211."

In his role as moderator of the "Taboo Parents" KIK group, RILEY had authority to add members to or ban members from the group, as well as set rules for the group. For example, on March 17 and March 22, 2019, respectively, RILEY invited KIK users "brownietrucker24" and "mio210" to the group. On March 8, 2019, RILEY stated, "Do not randomly add people instaban,"[5] to which GRIGORIADIS replied "copy that." RILEY replied, "Ill let it slide."[6] RILEY then banned a member with the display name "tony .", demonstrating that he was an administrator who had the power to invite or remove members. On March 9, 2019, the user with the display name "tony ." was re-invited to the chat by MCGARRAH, another of the group's moderators who also had the power to add and remove

---

[4] McGARRAH, IVERSON, BENNETT, and GRIGORIADIS have been arrested by the FBI pursuant to arrest warrants authorized by Hon. Deborah A. Robinson, United States Magistrate Judge for the District of Columbia on April 9 and April 11, 2019.

[5] Your affiant understood "instaban" to be a shorthand for "instantly banned," meaning the user would be immediately removed from the group.

[6] All typographical errors or text abbreviations in quoted chat language are original.

2

members. In response, RILEY wrote, "Tony you have one strike, which resulted in a temporary ban. My only rule is Do not add anyone without permission .we clear? Goes for all non admins cause it defeats the verification process."

Between March 8, 2019 and March 27, 2019, in his role as a moderator, MCGARRAH added over 30 new participants to the "Taboo Parents" group and banned two users. MCGARRAH also set rules for the group. For example, on March 9, 2019 the following exchange occurred in the group:

Mattfun28: Enjoyed those videos! If had someone to chat with and share pics with see how turned on I'd get and see what happens

MCGARRAH: The group is open you can chat as much as you would like

Justmeag1: I willchat any time

MCGARRAH: What I'm getting at is you can share anything you want in the group

Mattfun28: I'm laying on couch hard in my pants. ███████████████

MCGARRAH: You should r[o]ck the baby in your lap

Additionally, on the same date, in response to user "karnati05" looking for more content to be posted to the group, MCGARRAH stated "Group will get busy cool your jets" and "And to help you out do not be pushy if we get complaints we will have to boot you." On March 10, 2019, MCGARRAH stated, "Yes it was active earlier today just remember nothing is off-limits you can post anything you want." On March 11, 2019, MCGARRAH promoted BAILEY to a moderator of the group. On March 17, 2019, MCGARRAH stated, "Group is private so you can share immediately...No limits." On March 21, 2019, MCGARRAH queried the group for any users who were interested in being "Admins." User "eliforp2019" indicated he wanted to be an administrator and was promoted to that role by MCGARRAH on the same date.

In the "Taboo Parents" KIK group, moderators and users discussed the sexual abuse of children

3

and encouraged the members to post and share with "no limits." For example, on March 9, 2019, the following exchange occurred:

IVERSON: I would love to watch a young boy and a young girl put the same age played with by a man

Peterfc90: Yeah lacy! Have u there holding them down for us to use them

IVERSON: Dreams ahhhhhh……..

Eliforp2019: Lacy, would you use them yourself?

Peterfc90: Hopefully

IVERSON: I'd help for surr

IVERSON: I just love watching. I used to have A friend that I'd let come touch any kids that I had asleep here n I just watched

Peterfc90: Hot

Peterfc90: Love to come use them infront of u

IVERSON: Mmmmm please

Eliforp2019: Just watch? Did you masturbate too?

IVERSON: Of course I came like 5 times the first time he came n touched 4 kids

On March 11, 2019, the following exchange ensued:

IVERSON: Anyone with very young kids?

IVERSON: I had sex in front of ███████████ We lickerd her. N today I'm going to try n have her for a few days so we can fully break her in. Like I want my friend to do it all

Similarly, on March 10, 2019, in response to BENNETT asking if there were any parents with

newborns, KIK user "alandemily47," later identified as ALVA REED REES (herein REES)[7] responded, "My wife and I are due in April with twins." On March 11, 2019, beginning at 7:45PM EST, REES sent the group three images of a nude adult pregnant female whose face is visible to the camera. REES then stated, "

Similarly, on March 11, 2019, in response to an image of adult erect penis covered in white fluid consistent with ejaculate posted by user "rover35," the following exchange occurred:

BAILEY: Damn!!

BAILEY: Wish my little girl had all that!!!

Rover35: So do I Britters

BAILEY: Yes!!!!

BAILEY: I'll slide her down on that thick dick alowly

Justmeag1: Mmmmm

BAILEY: You all want her, don't you

Sam1987787: Of course

BAILEY: Her little 8yr old pussy

Justmeag1: Omg yes. Would be awesome to feel

Sam1987787: Just give her out to each of us at the same time

Also, on March 12, 2019, KIK user "sam1987787" asked the group, "What is everyone's favorite ages to start playing?" In response, BENNETT answered "new born." As the conversation

---

[7] Rees, a registered sex offender, was arrested by the FBI on March 25, 2019 pursuant to an arrest warrant authorized by Hon. Robin M. Meriweather, United States Magistrate Judge for the District of Columbia.

continued, YOUNG responded, "I want to breed. And start from day 1." He continued, "Naturally. My family will be happy to babysit for other parents." IVERSON replied, "Yes right after the first bath while still in the hospital start licking or sucking."

During the time the group was moderated by the UC, images and videos depicting child pornography were posted to the group by multiple users. For example, on March 9, 2019, at 4:57 PM EST the following conversation occurred in the "Taboo Parents" group chat:

GRIGORIADIS: Anyone in socal? Thinking about hosting[8]

GRIGORIADIS: Or is that a bad idea?

MCGARRAH: Never a bad idea

GRIGORIADIS: lol okay

Eliforp2019: Would... would your wife get involved? With the young ones?

GRIGORIADIS: Probably go for when she outa town for that one

GRIGORIADIS: Think it be cool if a group took the youngest ones cherry[9]

GRIGORIADIS then posted a 14 second video file depicting an adult male penetrating the vagina of a female toddler with his penis. In response IVERSON stated, "My dream would be to help a man with a girl about the age of the girl in video," On March 10, 2019, at 10:15 AM EST, GRIGORIADIS also posted a 31 second video of an adult male penetrating a female toddler's vagina with his penis, and an 18 second video of an adult male pressing his penis against the anus of a toddler until the adult ejaculates on the child. The child is on her hands and knees and knees and is wearing

---

[8] Your affiant is aware that "socal" is an abbreviation for Southern California, where, as set forth below GRIOGORIADIS resides.

[9] Your affiant is aware that "[taking] the youngest one's cherry" refers to taking her virginity.

handcuffs around her ankles.[10] In response, MCGARRAH replied, "Damn brother that's nice." BENNETT responded, "Never thought to use hand cuffs on the legs. Perfect." On March 10, 2019, GRIGORIADIS also advised the group that he is 29 years old and has ██████████████ years old. In discussing famous individuals having sex with minors, GRIGORIADIS further advised the group that he previously worked for "an oceanfront resort" and stated "got tipped hush money when I deliver room service to the door and see something rather compromising."

On March 11, 2019, IVERSON sent an image of her face with the text "Meeee" as well as a video of herself nude to the group. In the video, her face is visible to the camera and a tattoo can be seen on her right abdomen/hip area. IVERSON then posted clothed images of ████████████ to the group, and subsequently wrote "I love cp and bp."[11] She further stated, "Mmmm I've got links."[12] REES, stated "will you share the links with us." The following conversation then begins at 7:53PM EST:

> Justmeag1: Please share, ((,
>
> IVERSON: [link to a maga.nz[13] page]
>
> Jestmeag1: What app is that

---

[10] These three videos were observed by the UC within the KIK group; however the forensic extraction of the undercover cell phone did not properly extract the videos within the chat. Your affiant was able to locate videos elsewhere in the forensic extraction of the UC cellphone which, based on her training and experience, your affiant believes to be the videos sent by GRIGORIADIS to the group.

[11] Based on her training an experience, your Affiant is aware that "cp" is an abbreviation for "child pornography."

[12] Based on her training and experience, your Affiant is aware that "links" is a reference to hyperlinks that allow a user to share the content of a cloud storage account such as Dropbox or Mega.nz, which are commonly used among individuals engaged in the trafficking of child pornography to collect and share images and videos of child pornography.

[13] Mega.nz is file hosting service that allows users to store files and data in the cloud. Users can then share those files via links to the content stored in the mega.nz account.

7

IVERSON: My fave [second link to a mega.nz page]

IVERSON: Mega

REES: These won't play

IVERSON: They will

IVERSON: Not all but they will

Justmeag1: Waiting patiently

Justmeag1: Impatiently

IVERSON: For what

REES: They won't play

Justmeag1: For them to play

IVERSON: None??

Justmeag1: Nope

REES: They have to be underlined or they won't load

BENNETT: Works here

IVERSON: Then copy n paste it back hetr

Dinero357: Can someone post them on here

BENNETT: Yeah Lacy. I did that . works

REES: [reposts the second Mega.nz link previously provided by IVERSON as an active hyperlink capable of displaying the content therein]

Justmeag1: There we go

BENNETT: Rooms quiet while cocks come our  and clits get rubbed lol

Rover35: Hehehe

Justmeag1: Im jacking off lol

8

Rover35: I best not look until I get home as I'm at work right now

Dinero357: Yes they are hot hot vids

Justmeag1: AMAZING

BENNETT: Moms rubbing clits dad's jacking off. I need a new born to use

YOUNG: Yes!

At that time, the UC reviewed the contents of the links initially provided by IVERSON, one of which was reposted by REES, and noted that they contained numerous videos of children as young as toddlers being sexually abused.

On March 11, 2019, at approximately 12:07 PM EST, REES sent a 44 second video to the "Taboo Parents" KIK group that depicted an adult female and adult male in bed with a male toddler. The adult male is lying nude, face up with his penis exposed, and is being masturbated by the female who is lying in bed next to him with her breasts exposed. The toddler is lying in the bed resting on the female's arm and watching cartoons on a cell phone being held in the female's other hand. The video appears to be taken with a device being held by the adult male. Several additional users commented on the video, including a KIK user with the user name "sam1987787" who stated, "Damn that vid is amazing al." Another KIK group member with the user name "justmeag1" stated, "Very nice. My xwife and I used to play in front of the kids." IVERSON responded, "Fucking hot."

At 11:56AM EST on March 12, 2019, YOUNG posted a Mega.nz link to the group, prompting user "justmeag1" to respond "Wow. So hot." At that time, the UC reviewed the contents of the link provided by YOUNG and noted that the folder contained in the link was titled, "all" with other sub-files. The folder contained hundreds of videos depicting children as young as toddlers performing sexual acts. Later on the same date, YOUNG also sent several videos depicting adult women

performing sexual acts on prepubescent children directly to the group.[14] Examples of those videos are described as follows:

1. A video depicting an adult female engaged in mouth to penis contact with a male toddler;

2. A video depicting an adult female engaged in mouth to penis contact with a prepubescent male child who appears approximately 9 years old; and

3. A video depicting an adult female engaged in mouth to vagina contact with a female toddler.

After sending the videos, YOUNG made the following comment: "I fucking love watching moms play." In response to the videos, IVERSON commented "Love the last vid" and "Nice vid mmm."

On March 12, 2019, law enforcement accessed the Mega.nz links provided by IVERSON, REES, and YOUNG for a more comprehensive review of the content. At that time, the first link shared by IVERSON contained 26 video files and one image file depicting child pornography. At that time, the video files were not directly accessed, however thumbnail images of the videos were observed. Several of these thumbnail images constituted child pornography. Specifically, the following thumbnails were observed:

1. A thumbnail image representing a 44 second video file whose title begins "P0pdoizChd1wja5n," which depicted a male child engaged in mouth to penis contact with another male child approximately 10 years of age;

2. A thumbnail image representing a 41 second video file whose title begins "1_495397103619538," which depicted an adult male penetrating the anus of a male toddler with the adult's penis, and

3. A thumbnail image representing a 2 minute 11 second video file whose title begins, "VID_20170511-WA00," which depicted an adult male penetrating the anus of a

---

[14] These videos were observed by the UC within the KIK group; however the forensic extraction of the undercover cell phone did not properly extract two of the videos within the chat. Your affiant was able to locate videos elsewhere in the forensic extraction of the UC cellphone which, based on her training and experience, your affiant believes to be the videos sent by YOUNG to the group.

prepubescent male child with the adult's penis.

Upon review, the Mega.nz link originally shared by IVERSON and reposted by REES contained several hundred image and video files, the majority of which appeared to depict child pornography. Specifically, inside a subfolder labeled "cp" within the folder "mom and child," your Affiant observed the following videos:

1. A one minute and ten second video file entitled "4c76d15fc8_240.mp4," which depicted an adult male penetrating the vagina of a prepubescent female with his penis and appearing to ejaculate inside her.

2. A two minute and thirty one second video entitled "cp mg27.mp4," which appeared to be four separate videos spliced together to create a single file. These four videos depicted: a) an adult female engaged in mouth to vagina contact with a female toddler, as well as digitally penetrating the child's vagina, b) an adult male penetrating the vagina of a female toddler with his penis, c) an adult male penetrating the vagina of a female toddler with his penis, and d) an adult male penetrating the vagina of a female toddler with his penis.

3. A forty-five second video file entitled "cp anal y vaginal.mp4," which depicted an adult male penetrating the anus and vagina of a female toddler.

4. A three minute and eleven second video file entitled "cp 5.mp4," which depicted the vaginal penetration of a female infant using a toothbrush and a purple rod. After the purple rod was used to penetrate the infant, it was put into the infant's mouth. A sign visible behind the infant reads "Puffy Pudenda For Hoarders Hell." [15]

Upon review, the link shared by YOUNG contained dozens of image and video files which depicted child pornography. At that time, the files were not directly accessed, however thumbnail images of the videos were observed. Several of these thumbnail images constituted child pornography. Specifically, the following thumbnails were observed:

1. A thumbnail image representing a two minute and 31 second video file entitled "cp mg27.mp4," which depicted an adult female engaged in mouth to vagina contact with a female toddler;

2. A thumbnail image representing an eight minute 46 second video file whose title begins

---

[15] Based on her training and experience, your Affiant is aware that "Hoarders Hell" is a website maintained on the dark web which hosts large amounts of child pornography, specifically images and videos depicting violent sexual abuse of children.

"VID-20160221-WA00," which depicted an adult male penetrating the vagina of a prepubescent female child with his penis, and

3.  A thumbnail image located in a subfolder labeled "girls under 6 sex" representing a one minute and 25 second video entitled "cp fuck me.mp4" which depicted an adult male penetrating the vagina of a female toddler with his penis. There is an arrow drawn on the toddler's stomach pointing to her vagina.

On March 20, 2019 at 2:27 AM EST, RILEY posted a 43 second video file depicting child pornography to the group. The video depicted an adult male penetrating the anus of a female toddler with his penis, and appearing to ejaculate inside the toddler's anus. At 8:14 AM EST on the same date, apparently in response to the video posted by RILEY, user "kendra112211" stated, "That's my favorite video." She continued, "Anything else just like that toddler getting her ass filled?" "kendra112211" then posted a Mega.nz link. At that time, the UC reviewed the contents of the link provided by "kendra112211" and noted that it contained numerous videos depicting the sexual abuse of children.

On March 20, 2019, law enforcement accessed the Mega.nz link provided by "kendra112211" for a more comprehensive review of the content. Upon review, the link contained hundreds of image and video files which appeared to depict child pornography. At that time, the files were not directly accessed, however thumbnail images of the videos were observed. Several of these thumbnail images constituted child pornography. Specifically, the following thumbnails were observed in a folder labeled "cp":

1.  A thumbnail image representing an eight minute and 52 second video whose title begins "VID-20161122-WA00," which depicted an adult male penetrating the anus of a female toddler with his penis;

2.  A thumbnail image representing six minute and 14 second video whose title begins "VID-20161124-WA00," which depicted an adult male's penis in an infant's mouth;

3.  A thumbnail image representing a 59 second video whose title begins "VID-20161125-WA00," which depicted an adult male penetrating the vagina of a female toddler with his penis.

On March 25, 2019, at 12:53 AM EST, RILEY posted a 20 second video of a prepubescent

12

female child approximately 10 years old performing oral sex on an adult male. At 1:22 AM EST, RILEY posted an image file taken from the back side of a female child who is on her knees and elbows with her legs spread apart exposing her vagina to the camera. In response, KIK user "rover35" stated, "Wow gorgeous;" MCGARRAH stated "Yummy;" KIK user "dinero357" stated "Mmmm yes;" and user "eliforp2019" stated, "I imagine her mommy lubing up a strapon for that presentation.."

In addition to participating in the "Taboo Parents" KIK group chat, the UC also engaged in private one-on-one KIK messaging with some of the group members. These KIK users continued to engage the UC in conversation about the sexual abuse of children and distributed images and videos of child pornography directly to the UC in this format. For example, on March 11, 2019, while engaged in a private message conversation with the UC, BENNETT advised the UC that he has ███████████ █████████████████████████████████████████ BENNETT further advised he is located in Colorado. BENNETT then provided the UC with a photograph of █████████ along the edge of a pool. On March 25, 2019, BENNETT sent the following files depicting child pornography to the UC:

1. A one minute and two second video of a female child who appears to be approximately three years old, sitting nude on a bed engaged in mouth to penis contact with an adult male. The male ejaculates in the child's mouth, and, after spitting out the ejaculate onto the man's penis, the child continues to engage in hand to penis contact and then waves at the camera;

2. An image file of a female child who appears to be approximately five years old, wearing no pants or underwear and with her vagina exposed, straddling the thighs of an adult male and holding his penis in her hands;

3. An image file depicting an adult male holding his penis in the mouth of a male child who appears to be approximately six years old; and

4. An image file depicting a female child who appears to be approximately six years old on her hands and knees wearing only a bikini top. The child has what appears to be a vibrator penetrating her anus.

Similarly, beginning on March 12, 2019, the UC engaged in a private chat conversation with

13

KIK user "kendra112211." During this conversation, the following exchange occurred:

kendra112211: What are you into

UC: Yng

UC: U

kendra112211: Same. Im into dads with no limits

UC: Are u really female ? Can u hold 3 fingers near your body so I know your not a dude

UC: That's me

kendra112211: I can yes

kendra112211: Are you actually active?

UC: Ok

UC: Yes with my niece when she is awake because she is to little to talk . Play with daughter when she is asleep

kendra112211: Oh ok

kendra112211: Can you show it on KIK?

UC: Can u show u live so I know

kendra112211: Yes. Face or no?

UC: U don't have to just hold up 4 fingers near your face or chest

kendra112211: OK

kendra112211: [sends an image file of a female holding 4 fingers below her chin]

kendra112211: Can you prove your niece is there?

UC: [sends an image of four fingers next to the hip of UC's purported niece[16]]

---

[16] All images herein sent by the UC depicting his "purported child" to members of the KIK group, either in the group or individually, did not depict a real child.

kendra112211: Cool

kendra112211: How long you been doin stuff? And how far you get?

UC: Licking cumming on them

UC: U have any kids

kendra112211: Thats hot

kendra112211: No.

kendra112211: You able to show me anything?

kendra112211: Impossible to fing anyone legit

UC: What u have ?

kendra112211: I have links

kendra112211: And my pussy lol

UC: Oh nice

UC: Of yng

kendra112211: Yes

UC: Mmmm love that the ones I have are not working

kendra112211: Mine work

UC: Have a few sneaky shots of daughter though

UC: Mmmm

kendra112211: Can you do some of your nieces pussy?

UC: My daughter is here now but yes she will be easy to do . I usually do stuff live with her

UC: U have toddler links?

kendra112211: Ok cool

kendra112211: Whichever you can do

15

21

UC: Ok

kendra112211: Ill see I have a lot

UC: Ok maybe we can work something out

UC: I can sneak a few

kendra112211: Ok

kendra112211: Guys send me all kinds of links

UC: oh nice !!

UC: Love to see

kendra112211: [sends Mega.nz link]

kendra112211: I have some links with over 700

UC: Oh wow

UC: Nice

UC: What ages does this one have ?

kendra112211: Not sure

kendra112211: Your turn ☺

UC: [sends two pictures of his purported daughter]

kendra112211: Can you do live?

UC: Yeah let me try hang on can u do some live as well ?

UC: [sends one picture of his purported daughter]

kendra112211: Nice

kendra112211: Can you actually show her tight pussy

kendra112211: Your niece is f8ne

kendra112211: I like really little too

16

On March 15, 2019, the private KIK messaging chat between kendra112211 and the UC continued as follows:

kendra112211: Any of her pussy?

UC: Sends picture of purported daughter]

kendra112211: Cute

kendra112211: Would love to see you soak her in cum

On March 21, 2019, after sending a picture of an adult female's face with four fingers held up indicating to the UC that she is "real." "kendra112211" continued private messaging the UC on KIK as follows:

kendra112211: What are you able to do to her right now?

UC: Have to be careful others here :)

UC: What u want to see

UC: Are u sure your not a cop , just nervous , can u show something to make me feel safe

kendra112211: Not a cop

kendra112211: Here a dad showed me this

kendra112211: [sends an image of a close up of an adult pulling aside a pair of panties to expose the vagina of a prepubescent female child]

UC: Mmmm he show u that live

kendra112211: Yes

UC: Nice

kendra112211: Can you spread your girls pussy for me?

…

kendra112211: Can you fuck her Tuesday?

17

On March 16, 2019, in response to an image file posted to the group, depicting a nude female child, who appears to be approximately 14 years old, the focus of which is the child's genitals and breasts, user "sarahharas7c" stated "Wow!." He then stated, "I will just throw it out there I have 12 and 13 year old daughters." On March 19, 2019, "sarahharas7c" sent an image file of ████████ to the group; ███████████████████████████████████████ Then, on March 18, 2019, in direct message with the UC, "sarahharas7c" sent the UC an image of a minor female child changing clothes in a bedroom, which appears to have been taken surreptitiously from a hidden camera. The following conversation then occurs between "sarahharas7c" and the UC:

UC: Mmmm

UC: Nice ! Spy cam :)

UC: [sends an image of his purported daughter]

sarahharas7c: [sends an image of a minor female topless from the back in the bathroom which also appears to have been taken surreptitiously]

UC: So sexy

sarahharas7c: Have any of your naked?

UC: Have some with her tits

UC: What about u

sarahharas7c: I have some as well

UC: nice

sarahharas7c: Ok I'm home so I can be more active lol

UC: Lol ok great

UC: I'm 33 btw Virginia area

sarahharas7c: 32 ga

18

sarahharas7c: [sends a similar hidden camera picture of a minor female child in the bedroom nude from the waist down]

UC: [sends an image of his purported daughter]

UC: Nice which one is that

sarahharas7c: 13

sarahharas7c:12 was the bathroom

sarahharas7c: [sends a similar hidden camera picture of a minor female child in the bedroom nude from the waist down]

UC: Nice

UC: What kind of can u have I need to get one

UC: I have to sneak in the middle of the night

UC: [sends an image of his purported daughter]

sarahharas7c: Just some shitty $40 one from Amazon.

UC: Lol nice

UC: Looks like it works good

sarahharas7c: It does but the battery is crap lol

sarahharas7c: [sends a similar hidden camera picture of a minor female child in the bedroom who appears to be changing her clothes]

UC: Is that the oldest ? they share a room

sarahharas7c: Yeah they do

sarahharas7c: And it is

UC: Nice

UC: U ever try to capture their pussy or is that hard

19

sarahharas7c: Sort of. The camera doesn't give the greatest definition unfortunately

...

UC: whats the closest to her pussy u have

sarahharas7c: I have touched it while she was sleeping

sarahharas7c: how about you?

UC: Yes I've done the same

UC: Any sleeping pics

sarahharas7c: No but I can take some tonight

UC: don't risk it lol

UC: I thought maybe u had some saved

UC: What's the best you have saved

sarahharas7c: I wish I did. I panic once a month or so and delete everything then get mad I deleted everything and start over lol

UC: Hahah I do the same

sarahharas7c: But I have some good vids saved of them changing

Beginning on March 7, 2019, BAILEY engaged the UC in a direct message conversation. On that date she indicated she was "29 f US"[17] and that she had ██████████████████ ████████ BAILEY later sent non explicit image files of herself, including her face, and both her children, to the UC. On the same date, BAILEY indicated she would like the UC to sexually abuse ███████████████ The following conversation began at 2:47PM EST by stating the following:

BAILEY: I think I need to get naked

---

[17] Your affiant is aware this statement indicates BAILEY is stating she is a 29 year old female in the United States.

BAILEY: ███████ on his stomach you shove it inside and just go at it. He tries to get away. So you put your arm across his back

BAILEY: I'll lay in front of him, you can shove his head in my.pussy

BAILEY: He'll look up to me crying and I'll tell him to be a good boy, take ████████

Then, on March 14, 2019 in direct message with the UC, the following exchange occurred beginning at approximately 10:45AM EST:

BAILEY: I fucked my dog this morning

UC: Mmmmm no way please tell Me u took a pic

BAILEY: Mhmm

UC: Mmmmmmmm omg I'm so horny now

UC: Can I see please

BAILEY: [sends a fourteen second video of herself engaged in vaginal intercourse with a small white dog]

UC: Omg I love u

UC: So hot baby

UC: Is that the first time

BAILEY: Yes

UC: Mmmm how was it

UC: Have u sucked it

BAILEY: More fun than I imagined

BAILEY: No they licked me tho

UC: That is awesome bad

22

BAILEY: [sends an image file depicting a larger black dog with white fur along its nose licking her vagina]

UC: Babe

BAILEY: [sends a different fourteen second video of herself engaged in vaginal intercourse with a small white dog][18]

BAILEY: [sends an image file depicting a small white dog licking her vagina]

BAILEY: cleaning up his mess

UC: Mmmmmm

UC: They are trained properly that is so hot

UC: He has a nice cock on him

BAILEY: Mhmm

UC: Naughty when your alone lol

UC: Imagine your son licking it like that

BAILEY: Mm...I want my girl to take it

UC: Yes!!!!

BAILEY: I'll lick her and get her ready spread her legs and then slide it in

UC: I love her little titties

UC: I want to suck them so bad

BAILEY: [sends an image file depicting a close up of the exposed erect penis of the small

---

[18] The two videos referenced in this chat were observed by the UC within the KIK message conversation; however the forensic extraction of the undercover cell phone did not properly extract the videos within the chat. Your affiant was able to locate videos elsewhere in the forensic extraction of the UC cellphone which, based on her training and experience, your affiant believes to be the videos sent by BAILEY to the UC.

white dog]

UC: Fuck that's a nice cock

UC: Did he cum

BAILEY: Yep!!!

BAILEY: He was cumming in that pic. All over my daughters pillow

Then, during direct message conversation on March 19, 2019, BAILEY asked the UC "want to see a vid?" "It's so naughty." BAILEY then sent the UC a one minute 17 second video file depicting an adult female sitting on a bed wearing a "strap on" sex toy and using it to penetrate the anus of a female toddler in various positions.

On April 12, 2019, BAILEY invited the UC into another new private KIK group titled "Kin*kNojudgePRIVATE" of which she is the administrator. In her role as administrator of this group, BAILEY invited users to and banned users from the group. BAILEY also set the rules for the group, and stated "Hey guys, feel free to share you kinks. No judgement here...just fun and open chat. Feel free to get nasty right in the group. If you want to pm, cool, but we'd all love to hear your dirty desires," and further stated that, "Im into k9, age, incest, force." BAILEY then sent an image file of herself, showing her face, with the comment "Me ☺". Later on the same date, BAILEY stated" Let's not post cp in the group, but you all ca share it together in pm" and "Child porn=cp."

On April 15, 2019, beginning at 10:01 EST, BAILEY sent four videos depicting child pornography to the "Kin*kNojudgePRIVATE" group. Specifically, BAILEY sent the following videos:

1. A 19 second video depicting an adult male masturbating into the face of a nude pre-pubescent female child, approximately seven years old, until he ejaculates on her face.

2. A one minute, thirteen second video which appears to be two videos spliced together, each of which depicts adult females engaged in mouth to vagina contact with female toddlers.

3. A one minute, 59 second video depicting an adult male penetrating the anus of a female toddler with his penis and with a sex toy while the child is on her hands and knees, nude, on a bed.

4. An 18 second video file depicting an adult male penetrating the anus of a prepubescent female child lying nude on a bed. The child can be heard crying throughout the video.

On April 17, 2019, BAILEY invited the UC to another new private KIK group titled"KinkNoJudgePrivate". As administrator of this group, BAILEY indicated the rules of the group as follows:

Welcome to the group! Live verify with admin. Just a pic.

Dont ask for pics and vids or you will be delted right away!

Keep the chat going in the room, so we can have an active group. If you want to pm ASK, it's that easy.

All kinks welcome, send child stuff in PM, so that the group isn't shut down and people aren't spooked that aren't into that.

Have fun and message the admin for questions or concerns.

Additionally, BAILEY sent additional files to this KIK group of herself engaged in sexual acts of bestiality with a small white dog. Specifically, BAILEY sent an image file depicting the dog's penis inserted in her vagina and a three second video file of the dog licking her vagina.

## B. Identification of "Taboo Parents" KIK Group Participants

The FBI served Administrative Subpoenas on KIK requesting subscriber information and IP activity for users "clynn68" and "ohyes2756."

### 1. Brittany Colleen BAILEY

25

In response to the administrative subpoena for subscriber and IP log information associated with Kik user "clynn68," KIK provided records that the account has a display name of "Britters B" and an associated email address of brittanybailey2x@gmail.com. IP log information spanning February 16, 2019 to March 18, 2019 was also provided, and identified a single Mediacom IP address, 173.24.32.229, routinely used to access the target account. In response to an administrative subpoena, Mediacom provided records indicating that at the date and times IP address 173.24.32.229 was used to access the "clynn68" KIK account, it was subscribed to by Brittany Bailey, with a physical service address at 812 Sycamore Lane, Columbia, Missouri. A query of the Missouri Department of Motor Vehicles database located BRITTANY COLLEEN BAILEY, date of birth 6/30/1989, with a residential address of 812 Sycamore Lane, Columbia, Missouri. The driver's license photograph of BAILEY appears to depict the same individual as the photographs sent by user "clynn68" directly to the UC and to the "Kin*kNojudgePRIVATE" KIK group.

## 2. Dylan Charles YOUNG

In response to the administrative subpoenas for subscriber and IP logs information associated with KIK user "ohyes2756," KIK provided IP logs spanning February 11, 2019 to March 13, 2019. Examination of these logs yielded T-Mobile and Sprint wireless IPs and several Comcast IPs which were repeatedly used to access the account.

Administrative subpoenas were served on Comcast requesting subscriber and physical service addresses for these IP addresses. Responsive records provided by Comcast indicated that IP address 67.171.61.24, the most frequently used of the IP addresses, was subscribed to by Tyler Young, with a service address at 2424 West Glass Avenue, Spokane, Washington 99205 and a billing address at 2517 W Kiernan Avenue, Spokane, Washington 99205 at the dates and times it was used to access the account.

Additional records provided by Comcast related to the additional IP addresses used to regularly access the account indicate that at the relevant dates and times, the additional IP addresses were subscribed to by Jamie Rhome ██████████████████████████████ █████ Craig Young ████████████████████████████████████ and Jason Gilmore ████████████████████████████████████████████ Additionally, the account subscribed to by Jason Gilmore includes the email user ID WindyYoung.

Queries of a pay for service database have indicated that Tyler Young is likely the biological child of Craig Young and Windy Young, and that Windy Young now resides with Jason Gilmore. Additionally, DYLAN CHARLES YOUNG, date of birth ███████ is Tyler Young's brother. Queries of Facebook.com located a profile pages for Jamie Rhome, which includes a photograph of Rhome with YOUNG, who can be seen wearing a Naval uniform. The photograph is dated April 8, 2019, and the caption contains, "wore a pretty dress for the khaki ball with Dylan C. Young." A Facebook.com page for Windy Young includes a photograph of Windy, Tyler, and Dylan YOUNG, as well as Jason Gilmore from Easter of 2018. A Facebook page for Dylan YOUNG has also been located, www.facebook.com/dylan.c.young.5, which was "tagged" in the photo referenced above on Rhome's Facebook page, but contains no photographs of interest.

An administrative subpoena was served on Facebook for records associated with Dylan YOUNG's Facebook page. Responsive records provided two Comcast IPv6 addresses which were utilized to log in to the Facebook page, 2601:602:ce00:9e0:a0b3:53ba:a988:6a12 on March 30, 2019 at 19:32:07 UTC, and 2601:602:c700:4c6a:7dcd:a91d:345f:dfed on April 11, 2019 at 01:01:40 UTC. An administrative subpoena was served on Comcast for subscriber and physical service addresses related to these IP addresses. Responsive records from Comcast indicate that at the relevant date and time, IPv6 address 2601:602:ce00:9e0:a0b3:53ba:a988:6a12 was subscribed to by the Comcast

account referenced above in the name Tyler Young. Those records also indicate that at the relevant date and time, IPv6 2601:602:c700:4c6a:7dcd:a91d:345f:dfed was assigned to the account referenced above in the name Jaime Rhome.

Records voluntarily provided by the Department of the Navy indicate that YOUNG is currently a Department of Defense contractor with the Air Force and a Naval Reservist. Additional personnel records indicate his residence address is 2424 West Glass Avenue, Spokane, Washington 99205, the service address of the IP addresses subscribed to by his brother, Tyler Young, and that Dylan YOUNG has ▮ children, ▮▮▮▮▮▮▮▮▮▮▮▮

A query of the Washington Department of Motor vehicles database revealed a suspended driver's license for YOUNG. YOUNG's driver's license photograph depicts the same individual seen in the Facebook photographs of YOUNG referenced above, as well as the partial male face visible in KIK user "ohyes2756"'s profile picture.

Respectfully submitted,

_____
Alix Skelton
Special Agent
Federal Bureau of Investigation

Subscribed and sworn to before me
on this ____29th____ day of April, 2019.

_____
DEBORAH A. ROBINSON
UNITED STATES MAGISTRATE JUDGE

Joseph H. Harrington
United States Attorney
Eastern District of Washington
Ann T. Wick
Assistant United States Attorney
Post Office Box 1494
Spokane, WA 99210-1494
Telephone: (509) 353-2767

UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF WASHINGTON

UNITED STATES OF AMERICA,

Plaintiff,

v.

DYLAN CHARLES YOUNG,

Defendant.

Case No.: 2:19-mj-00217-JTR

Motion for Detention

The United States moves for pretrial detention of Defendant, pursuant to 18 U.S.C. § 3142(e) and (f).

1. <u>Eligibility of Case</u>. This case is eligible for a detention order because the case involves (check one or more):

☐ Crime of violence (as defined in 18 U.S.C. § 3156(a)(4) which includes any felony under Chapter 77, 109A, 110 and 117);

☐ Maximum penalty of life imprisonment or death;

☐ Drug offense with maximum penalty of 10 years or more;

Motion for Detention- 1

☐　　　Felony, with two prior convictions in above categories;

☒　　　Felony that involves a minor victim or that involves the possession or use of a firearm or destructive device as those terms are defined in 18 U.S.C. § 921, or any other dangerous weapon, or involves a failure to register under 18 U.S.C. § 2250;

☒　　　Serious risk Defendant will flee; or

☐　　　Serious risk obstruction of justice.

2.　　Reason for Detention.  The Court should detain Defendant because there is no condition or combination of conditions which will reasonably assure (check one or both):

☒　　　Defendant's appearance as required; or

☒　　　Safety of any other person and the community.

3.　　Rebuttable Presumption.  The United States will invoke the rebuttable presumption against Defendant under 18 U.S.C. § 3142(e).  The presumption applies because there is probable cause to believe Defendant committed:

☐　　　Drug offense with maximum penalty of 10 years or more;

☐　　　An offense under 18 U.S.C. §§ 924(c), 956(a), or 2332b;

☐　　　An offense under 18 U.S.C. §§ 2332b (g)(5)(B) for which a maximum term of imprisonment of 10 years or more is prescribed;

Motion for Detention- 2

☐      An offense under chapter 77 of Title 18, United States Code, for which a maximum term of imprisonment of 20 years or more is prescribed;

☒      An offense involving a minor victim under 18 U.S.C. §§ 1201, 1591, 2241, 2242, 2244(a)(1), 2245, 2251, 2251A, 2252(a)(1), 2252(a)(2), 2252(a)(3), 2252A(a)(1), 2252A(a)(2), 2252A(a)(3), 2252A(a)(4), 2260, 2421, 2422, 2423, or 2425;

☐      Other Circumstance as defined in 18 U.S.C. § 3142(e)(2).

4.      <u>Time for Detention Hearing</u>.  The United States requests the Court conduct the detention hearing:

☐      At the first appearance, or

☒      After a continuance of three days.

5.      Other Matters.

Dated:  May 8, 2019.

Joseph H. Harrington
United States Attorney

<u>s/ Ann T. Wick</u>
Ann T. Wick
Assistant United States Attorney

Motion for Detention- 3

**CERTIFICATE OF SERVICE**

I hereby certify that on May 8, 2019, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following:

s/ Ann T. Wick
Ann T. Wick
Assistant United States Attorney

Motion for Detention- 4

# United States District Court, Eastern District of Washington
## Magistrate Judge Mary K.
## Spokane

Spokane Video Conference (MKD @ Yakima; Counsel and Defendant @ Spokane)
The Defendant agreed to appear via video conference.

**USA v. DYLAN YOUNG**                    **Case No.    2:19-MJ-0217-JTR-1**

**Rule 5 Initial Appearance on Criminal Complaint:**                    **05/08/2019**

| | | | |
|---|---|---|---|
| ☒ | Penny Lamb, Courtroom Deputy [S] | ☒ | Ann Wick, US Atty |
| ☒ | Pam Howard, Courtroom Deputy [Y] | ☒ | Houston Goddard, Defense Atty |
| ☒ | Shawn Kennicutt, US Probation / Pretrial Services Officer | ☒ | Interpreter **NOT REQUIRED** |
| ☒ | Defendant present in custody USM | | |

---

| | | | |
|---|---|---|---|
| ☒ | USA Motion for Detention | ☒ | Rights given |
| ☐ | USA not seeking detention | ☒ | Acknowledgment of Rights filed |
| ☒ | Financial Affidavit (CJA 23) filed | ☒ | Defendant received copy of Complaint |
| ☒ | The Court will appoint the Federal Defenders | ☐ | Defendant waived reading of Complaint |
| ☐ | Based upon conflict with Federal Defenders, the Court will appoint a CJA Panel Attorney | ☐ | Complaint read in open court |
| ☐ | Conditions of Release Imposed | ☐ | Pre-Trial Services Report ordered |
| ☐ | 199C Advice of Penalties/Sanctions | ☒ | Waiver of Rule 5 Hearings filed |
| ☐ | Ordered Release on Personal Recognizance; 199C Not Required | ☐ | Court Ordered Removal to Charging District |

## REMARKS

Defendant appeared with counsel and was advised of his rights and the allegations contained in the Complaint from the District of Columbia.

The Defendant acknowledged to the Court that his true and correct name is: DYLAN YOUNG.

Based on information contained in the Financial Affidavit, the Court appointed the Federal Defenders to represent Defendant in this district but indicates that the Judge in the District of Columbia should revisit the matter in the District of Columbia.

Government has filed a motion for detention.

**The Court ordered:**
1. Detention hearing set on Monday, May 13 at 1:30 p.m.
2. Defendant shall be detained by the U. S. Marshal until further order of the Court.

| **Identity Hrg:** | *Waived by Defendant* |
|---|---|
| | |

---

| Detention Hrg: | Detention Hearing set for:<br>**05/13/2019 @ 1:30 p.m. [S/JTR]** |
|---|---|
| **Preliminary Hrg:** | ***Waived by Defendant*** |

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

May 08, 2019

SEAN F. McAVOY, CLERK

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| UNITED STATES OF AMERICA, | No. 2:19-MJ-00217-JTR-1 |
| Plaintiff, | ORDER FOLLOWING INITIAL APPEARANCE |
| vs. | **ACTION REQUIRED** |
| DYLAN YOUNG, | |
| Defendant. | |

On Wednesday, May 08, 2019, Defendant made an initial appearance on a Complaint (ECF No. 5) issued in the District of Columbia, pursuant to Fed. R. Crim. Pro. 5. Defendant appeared, in custody, with Assistant Federal Defender Houston Goddard. Assistant United States Attorney Ann Wick represented the United States.

Defendant was advised of, and acknowledged the charges against him and the penalties he faces.

Defendant was advised of, and acknowledged Defendant's rights.

The Office of the Federal Defenders was appointed to represent Defendant.

ORDER - 1

1   The Court recommends that appointment of counsel be revisited upon Defendant's

2   appearance in the charging district.

3       The United States moved for detention (ECF No. 6). A supplemental

4   pretrial services report was ordered and a detention hearing was set before **Judge**

5   **Rodgers in Spokane, Washington, on Monday, May 13, 2019, at 1:30 PM.**

6       Defendant, personally and through counsel, waived his right to an identity

7   hearing and a preliminary hearing.

8       Until further order of this Court, Defendant shall be committed to the

9   custody of the Attorney General for confinement in a corrections facility separate,

10   to the extent practicable, from persons awaiting or serving sentences or being held

11   in custody pending appeal. Defendant shall be afforded reasonable opportunity for

12   private consultation with counsel. On order of a court of the United States or on

13   request of an attorney for the United States, the person in charge of the corrections

14   facility in which Defendant is confined shall deliver Defendant to a United States

15   Marshal for the purpose of an appearance in connection with a court proceeding.

16       DATED May 8, 2019.

17                 *s/Mary K. Dimke*
                       MARY K. DIMKE
             UNITED STATES MAGISTRATE JUDGE

18

19

20

ORDER - 2

---

this district, *subject to* the approval of the United States Attorney for the charging district and this district;

8)  My right to an identity hearing to ascertain if I am the person named in the charging document or to waive this hearing in writing;

9)  My right to a detention hearing within three business days, if the United States moves for detention, and to be represented by counsel at that hearing;

10) My right, if I am not a United States citizen, to request a Government attorney or law enforcement official notify my country's consulate of my arrest or detention.


Date: _____

_____
Interpreter Signature

_____            _____
Interpreter Printed Name            Defendant Signature


ACKNOWLEDGMENT OF NOTICE OF RIGHTS - 2

44

U S DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON
MAY - 8 2019
SEAN F. McAVOY, CLERK
DEPUTY
SPOKANE, WASHINGTON

# UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| United States of America, | Case No.: 2:19-MJ-217-JTR |
| Plaintiff, | Defendant's Assertion of Fifth and Sixth Amendment Rights |
| v. | |
| Dylan C. Young, | |
| Defendant. | |

I, the above-named defendant, hereby asset my rights under the Fifth and Sixth Amendments of the United States Constitution, including but not limited to my rights to remain silent and to have counsel present at any and all of my interactions with the government or others acting on the government's behalf. I do not wish to, and will not, waive any of my constitutional rights except in the presence of counsel. I do not wish to have, nor do I consent to, any contact with any government official, including but not limited to law enforcement agents, except through my counsel. I do not want the government or others acting on the government's behalf to question me, or to contact me seeking a waiver of any rights, unless my counsel is present. The Government should so instruct it agents.

Dated this day of ___5/8/19___, 20_19_.

Respectfully Submitted,

_____
Defendant

Defendant's Assertion of Fifth and Sixth Amendment Rights

1

45

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

MAY - 8 2019

SEAN F. McAVOY, CLERK
_____ DEPUTY
SPOKANE, WASHINGTON

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

UNITED STATES OF AMERICA, )
                          )  MJ- 2:19-MJ-217-JTR
            Plaintiff,    )
                          )  WAIVER OF RULE 5 HEARINGS
v.                        )
Dylan C. Young           ,)
                          )
                          )
            Defendant.    )

The undersigned defendant does hereby acknowledge: I appeared
on this date in the Eastern District of Washington, was advised of
the charge(s) pending against me in the prosecuting district, and
was informed of my rights to:

(1) remain silent, knowing that if I make a statement, it can be
used against me; (2) retain counsel or have counsel appointed for
me; (3) an identity hearing to determine if I am the person sought
by the prosecuting district; and (4) plead guilty to the charge in
this district, if I and the United States Attorneys in this district
and in the requesting district agree.

If this matter is proceeding by **COMPLAINT**:

**I WAIVE (GIVE UP) MY RIGHT TO A(N)**

( ✓ ) identity hearing in this district
( ✓ ) preliminary examination in this district
( ) bail hearing in this district

If this matter is proceeding by **INDICTMENT**:

**I WAIVE (GIVE UP) MY RIGHT TO A(N)**

( ) identity hearing in this district
( ) bail hearing in this district

WAIVER OF RULE 5 HEARINGS - 1

46

```
 1    If this matter is proceeding by **PETITION**:

 2    **I WAIVE (GIVE UP) MY RIGHT TO A(N)**

 3         (   ) identity hearing in this district
              (   ) probable cause hearing in this district
 4         (   ) bail hearing in this district

 5    If this matter is proceeding by **WARRANT**:

 6    **I WAIVE (GIVE UP) MY RIGHT TO A(N)**

 7         (   ) identity hearing in this district
              (   ) bail hearing in this district
 8

 9  and, therefore, consent to the issuance of an order requiring my

10  appearance in the prosecuting district where the charge is pending

11  against me.

12      As to those hearings which are waived in this district, other

13  than the identity hearing, I **RESERVE** the right to have those

14  hearings in the prosecuting district.

15

16  _____
                                    Defendant
17
        5/8/19
18  _____        _____
            Date                            Defense Counsel
19                                     J. Stephen Roberts Jr.

20

    Interpreted by (if applicable):
21

22  _____
    (Sign and Print Name)
23

24

25

26

27

28

    WAIVER OF RULE 5 HEARINGS - 2
```



J. Houston Goddard
10 North Post Street, Suite 700
Spokane, Washington 99201
509.624.7606
Attorney for Dylan Young

# United States District Court
## Eastern district of Washington

| | |
|---|---|
| United States, | No. 2:19-MJ-217-JTR |
| Plaintiff, | |
| vs. | Notice of Appearance |
| Dylan Young, | |
| Defendant. | |

1    I am admitted or otherwise authorized to practice in this court, and I appear

2    in this case as counsel for Mr. Young.

3    Dated: May 9, 2019.

4                                              S/J. Houston Goddard
                                               J. Houston Goddard, NY 4545851
5                                              Federal Defenders of
                                               Eastern Washington and Idaho
6                                              10 N Post Suite 700
                                               Spokane, Washington 99201
7                                              (509) 624-7606
                                               (509) 747-3539
8                                              Email:  Houston_Goddard@fd.org

9

10

11

12

13

14

15

16

17

18

19

I certify that on May 9, 2019, I electronically filed the foregoing with the

Clerk of the Court using the CM/ECF System, which will notify Assistant

United States Attorneys: Ann Wick.

S/J. Houston Goddard
J. Houston Goddard, NY 4545851
Federal Defenders of
Eastern Washington and Idaho
10 N Post Suite 700
Spokane, Washington 99201
(509) 624-7606
(509) 747-3539
Email: Houston_Goddard@fd.org

NOTICE OF APPEARANCE
– 2 –

# United States District Court, Eastern District of Washington
## Magistrate Judge John T. Rodgers
### Spokane

**USA v. DYLAN YOUNG**  **Case No.  2:19-mj-0217-JTR-1**

**Detention Hearing:**  **05/13/2019**

---

☒ Linda Hansen, Courtroom Deputy [S]  ☒ Ann Wick, US Atty
☒ Stephanie Cherney, US Probation / Pretrial Services  ☒ Houston Goddard, Defense Atty
☒ Defendant present ☒ in custody USM  ☒ Interpreter **NOT REQUIRED**

---

☒ Defendant continued detained pending appeal  ☒ Conditions of Release imposed

☐ 199C Advice of Penalties/Sanctions

## REMARKS

USA argued why the Court should detain the Defendant and why there are no conditions of release which will reasonably assure Defendant's appearance as required and/or the safety of any other person and the community.

Defense counsel argued why the Defendant should be released and proffered the Pretrial Services Report.

**The Court ordered:**

1. USA's Motion for Detention is **denied**.
2. Conditions of release imposed upon Defendant which were read to him in Court.  Order forthcoming.

Oral motion to stay order on release made by USA.  GRANTED for 24 hours.

Defendant to be released under the following conditions:

- Commit no new violations of state, local or federal law, to include no marijuana
- Report any contact with law enforcement to Pretrial Services within 72 hours
- Advise attorney and Pretrial Services, in writing, prior to any change in address or phone number
- Reside at residence approved by Pretrial Services
- Appear for all future hearings
- Surrender passport if have one and may not apply for new one during pendency of case
- No possession of firearm, destructive device or other dangerous weapon

---

Digital Recording/S-740  Time: 2:30 p.m. – 2:58 p.m.  Page 1

- Report to Pretrial Services immediately upon release and in whatever manner/frequency they direct thereafter
- No use or possession of narcotic drugs or other controlled substances unless have valid prescription, to include no marijuana
- Remain in Eastern District of Washington pending adjudication of case, unless receive advance permission from Pretrial Services. He may travel to DC for court hearings.
- Do not discuss the case with any witness or victim in case
- May not be in the presence of minor-aged children
- Daily curfew from 5:30 pm to 6:30 am
- Electronic home monitoring
- May not frequent areas where minor-aged children are present, including arcades, theaters, parks, etc.
- Abstain from alcohol
- Not within 500 feet of a school or park

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

May 14, 2019

SEAN F. McAVOY, CLERK

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF WASHINGTON

UNITED STATES OF AMERICA,

Plaintiff,

v.

DYLAN YOUNG,

Defendant.

No. 2:19-MJ-00217-JTR-1

ORDER DENYING UNITED
STATES' MOTION FOR
DETENTION

**MOTION DENIED
(ECF No. 6)**

On May 13, 2019 this Court held a hearing on the United States' motion for detention following, Defendant's arrest and Rule 5 proceedings relative to an indictment pending in the District of Columbia. Defendant was present, in custody, with Assistant Federal Defender Houston Goddard. Assistant U.S. Attorney Ann Wick appeared for the United States.

The Court has considered the Pretrial Services Report, **ECF No. 4**, the Supplemental Pretrial Services Report, **ECF No. 15**, and the argument of counsel.

The United States, in seeking Defendant's detention, contended Defendant, if released, would present a risk of flight and a danger to the safety of the community. Both sides presented argument.

Pursuant to 18 U.S.C. § 3142, this Court has taken into account the nature and circumstances of the offense charged, the weight of the evidence against the Defendant, as well as Defendant's history and characteristics, including character, physical and mental condition, family ties, employment, financial resources, length of residence in the community, community ties, past conduct and history relating to alcohol and drug abuse, and also criminal history, record concerning appearance at court proceedings, whether Defendant was under supervision at the time of the

ORDER - 1

alleged offense, and the nature and seriousness of the danger to the community posed by Defendant's release.

The United States alleges that Defendant participated in an on-line community that discussed and circulated video files of adults sexually abusing infants, possibly their own children. The government alleges that Defendant endorsed these practices and contributed a link to a video of such behavior but does not allege that Defendant himself committed any acts of abuse.

Defendant has one criminal conviction, for a non-felony driving offense. He has resided in the community for most of his life, has immediate family members here, is honorably discharged from the military, has a residence in the district and to this point has been gainfully employed and serving in the armed forces reserves. There is no indication of violence, sexual acting out, or substance abuse history. There are no minors in Defendant's mother's home, where Defendant proposes to reside.

The Court finds the United States has not established by the required preponderance of evidence an absence of conditions or combination of conditions that would reasonably assure this Defendant's presence at trial and has not established by clear and convincing evidence that Defendant poses a present risk to the safety of other persons or the community.

**IT IS ORDERED** the United States' Motion for Detention, **ECF No. 6**, is **DENIED**. Release of the Defendant is subject to the following:

### STANDARD CONDITIONS OF RELEASE

(1) Defendant shall not commit any offense in violation of federal, state or local law. Defendant shall advise the supervising Pretrial Services Officer and defense counsel within one business day of any charge, arrest, or contact with law enforcement. Defendant shall not work for the United States government or any federal or state law enforcement agency, unless Defendant first notifies the supervising Pretrial Services Officer in the captioned matter.

ORDER - 2

**(2)**      Defendant shall immediately advise the court, defense counsel and the U.S. Attorney in writing before any change in address and telephone number.

**(3)**      Defendant shall appear at all proceedings as required and shall surrender for service of any sentence imposed as directed.

**(4)**      Defendant shall sign and complete A.O. Form 199C before being released and shall reside at the address furnished.

**(5)**      Defendant shall not possess a firearm, destructive device or other dangerous weapon.

**(6)**      Defendant shall report to the United States Probation Office before or immediately after release and shall report as often as they direct, at such times and in such manner as they direct.

**(7)**      Defendant shall contact defense counsel at least once a week.

**(8)**      Defendant is further advised, pursuant to 18 U.S.C. § 922(n), it is unlawful for any person who is under indictment for a crime punishable by imprisonment for a term exceeding one year, to possess, ship or transport in interstate or foreign commerce any firearm or ammunition or receive any firearm or ammunition which has been shipped or transported in interstate or foreign commerce.

**(9)**      Defendant shall refrain from the use or unlawful possession of a narcotic drug or other controlled substances defined in 21 U.S.C. § 802, unless prescribed by a licensed medical practitioner in conformance with Federal law.  Defendant may not use or possess marijuana, regardless of whether Defendant has been authorized medical marijuana under state law.

**(10)**      Defendant shall surrender any passport to Pretrial Services and shall not apply for a new passport.

### ADDITIONAL CONDITIONS OF RELEASE

**(14)**      Defendant shall remain in the Eastern District of Washington while the case is pending.  Defendant can travel to the District of Columbia for court

ORDER - 3

appearances.  By timely motion clearly stating whether opposing counsel and Pretrial Services object to the request, Defendant may be permitted to travel outside this geographical area.

**(15)** Avoid all contact, direct or indirect, with any persons who Defendant would reasonably know are or may become a victim or potential witness in the subject investigation or prosecution with the exception of those living in his placement.  Defendant shall not discuss the pending case with anyone living in the home.  Pretrial Services may but is not required to exempt specific named individuals from this prohibition, including but not limited to immediate family members or co-workers.

**(18)** Refrain from any use of alcohol.

**(19)** There shall be no alcohol in the home where Defendant resides.

**(20)** There shall be no firearms in the home where Defendant resides.

**(21)** Defendant may not be in the presence of minors under the age of 18 at any time.  Defendant may not be within 450 feet of schools or playgrounds or other places where he should reasonably know minors congregate.

**(22)** Defendant shall not possess or access pornography in any form, electronic or otherwise.  Defendant shall not have access to the internet, including but not limited to cell phones with internet access.  Should Defendant obtain employment involving the use of computers or other digital devices, this condition may be revisited.

### HOME CONFINEMENT/ELECTRONIC/GPS MONITORING

**(28)** Defendant shall participate in one or more of the following home confinement program(s):

**Electronic Monitoring**: The Defendant shall participate in a program of electronically monitored home confinement.  The Defendant shall wear, at all times, an electronic monitoring device under the supervision of U.S. Probation.  In the event the Defendant does not respond to electronic monitoring or cannot be found, the U.S. Probation Office shall forthwith notify the United States Marshals' Service, who shall immediately find,

ORDER - 4

arrest and detain the Defendant. The Defendant shall pay all or part of the cost of the program based upon ability to pay as determined by the U.S. Probation Office.

OR

**GPS Monitoring**:  The Defendant shall participate in a program of GPS confinement.  The Defendant shall wear, at all times, a GPS device under the supervision of U.S. Probation.  In the event the Defendant does not respond to GPS monitoring or cannot be found, the U.S. Probation Office shall forthwith notify the United States Marshals' Service, who shall immediately find, arrest and detain the Defendant.  The Defendant shall pay all or part of the cost of the program based upon ability to pay as determined by the U.S. Probation Office.

AND

**Curfew**: Defendant shall be restricted to his residence every day from 5:30 p.m. to 6:00 a.m.

*Further*, the United States having requested time to consider and discuss with the District of Columbia review of this order, this order shall be **STAYED** until 4:00 p.m. Tuesday May 14, 2019, Pacific Daylight time.

**IT IS SO ORDERED.**

DATED May 14, 2019.



JOHN T. RODGERS
UNITED STATES MAGISTRATE JUDGE

ORDER - 5

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

May 14, 2019

SEAN F. McAVOY, CLERK

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| | ) |
| Plaintiff, | ) |
| | ) No. 2:19-mj-00217-JTR-1 |
| vs. | ) |
| Dylan Young, | ) |
| | ) |
| | ) |
| Defendant. | ) |
| _____ | ) |

Received Rule 5 papers from the United States District Court,

1:19-mj-00117, District of Columbia

**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**



**FILED**

**MAY 1 4 2019**

Clerk, U.S. District and
Bankruptcy Courts

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | : | |
| | : | |
| **v.** | : | **MAGISTRATE NO. 19-MJ-117** |
| | : | |
| **DYLAN YOUNG,** | : | |
| **Defendant.** | : | |

### ORDER

Upon consideration of the Government's Motion for Emergency Stay and for Review of

Detention Order

It is this _____14th_____ day of May, 2019,

**ORDERED**, that the Motion for Emergency Stay and for Review of Detention Order is

hereby **GRANTED** and the release order entered by Eastern District of Washington Magistrate

Judge John T. Rodgers on May 13, 2019 is **STAYED** pending review of the detention decision

by this Court.

_Beryl A. Howell_

BERYL A. HOWELL
CHIEF JUDGE,
UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF COLUMBIA

1

**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**



**FILED**

MAY 1 4 2019

Clerk, U.S. District and
Bankruptcy Courts

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | : | |
| | : | |
| **v.** | : | **MAGISTRATE NO. 19-MJ-117** |
| | : | |
| **DYLAN YOUNG,** | : | |
| **Defendant.** | : | |

## <u>TRANSPORT ORDER</u>

Having considered the United States' Motion to have the defendant transported from the Eastern District of Washington to the District of Columbia for further proceedings on the Complaint filed against him, it is hereby **ORDERED**

That the United States Marshal Service transport the defendant forthwith from the Eastern District of Washington to the District of Columbia for further proceedings in this matter.

DATE: 5/14/2019

_____
BERYL A. HOWELL
CHIEF JUDGE, UNITED STATES DISTRICT
COURT FOR THE DISTRICT OF COLUMBIA

1